UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
DAWN H FAZIO

CASE NO. 05 B 23569

CHAPTER 13

JUDGE: BRUCE W BLACK

    Debtor  
SSN XXX-XX-9516

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/14/05 and confirmed on 08/17/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 10725.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CREDIT ACCEPTANCE CORP | UNSECURED | 4837.01 | .00 | 1240.24 |
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 6500.38 | .00 | 6500.38 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| EAST JOLIET FIRE PROTECT | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST NEOPED ASSOCIATE | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 593.88 | .00 | 152.27 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6500.38 | .00 | 5430.89 | .00 | 11931.27 |
| PRINCIPAL PAID | 6500.38 | .00 | 1392.51 | .00 | 7892.89 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 6500.38 | .00 | 1392.51 | .00 | 7892.89 |

The Debtor's attorney, SCHOTTLER & ZUKOSKY          , was allowed $   2550.00 and was paid $    200.00  direct and $   2350.00  through the plan.

The Trustee received $    482.11 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/12/08                              /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 23569 DAWN H FAZIO